UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09CV144 CAS |
| | ) | |
| RENEE A. OSWALD, a/k/a | ) | |
| RENEE A. MURPHY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL

Comes now the United States of America and, pursuant to Rule 41(a)(1)(i), Fed.R.Civ.P., gives notice that this cause is hereby dismissed without prejudice.

CATHERINE L. HANAWAY
United States Attorney

/s/ Julia M. Wright
JULIA M. WRIGHT #4450
Assistant United States Attorney
111 South 10th Street, Suite 20.333
St. Louis, MO 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2009, the foregoing was mailed via United States Postal Service to the following non-participants in Electronic Case Filing:

Renee A. Oswald, a/k/a Renee A. Murphy, 601 N. Washington Street, Farmington, Missouri 63640.

/s/ Julia M. Wright
JULIA M. WRIGHT #4450
Assistant United States Attorney